**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

STREBOR SPECIALTIES LLC

vs

**CASE NO** 20-30262
**CHAPTER:** 11

**DATE**: September 9, 2020
**PLACE**: East St Louis

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Steven Wallace          Appears

**COUNSEL FOR DEFENDANT:**

**PROCEEDINGS:** Emergency Motion For Authority to Use Cash Collateral

**MINUTES OF COURT:**

Case is called for hearing on the debtor's Emergency Motion for Authority to Use Cash Collateral. Mark Skaggs appears on behalf of the United States Trustee. Tom Riske appears on behalf of Otto Roberts Sr., Otto Roberts Jr., Dana Roberts, the Dana Roberts Revocable Trust and the Otto Roberts Revocable Trust. Pursuant to statements made in open court, the Emergency Motion is Denied.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Tim Foley
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**