

**U.S. Department of Justice**
Office of the United States Trustee, *Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

401 Main Street, Suite 1100
Peoria, Illinois 61602

Phone: 309/671-7854
Fax: 309/671-7857

## Monthly Report for Non-Small Business Debtors and Chapter 11 Trustees

Debtor Name: **Strebor Specialties LLC**      For the month ended: **July 2021**

Case Number: **20-32062**      Date Bankruptcy filed: **3/10/20**

This report is to be completed in its entirety and is to be sent to the Office of the United States Trustee. The Operating Report Summary, located on page 31 of 32, is to be completed and electronically filed by the debtor's attorney with the Bankruptcy Court. If any portion of this report is not completed, please provide an explanation as to the reason for the incomplete portion.

| Portion of the report: | Reason not completed or provided: |
|---|---|
| Monthly Income Statement | |
| Monthly Cash Flow | |
| Operating Report Summary | |
| Bank Statements | |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying report is complete, true and correct to the best of my knowledge, information, and belief.

Signature of Debtor or Debtor's Representative: *Otto Roberts Sr*

Title of Representative if applicable: _____

Dated: **8-2**, 20**21**      Debtor's phone number: **618-580-3464**

Name of Preparer: **Otto Roberts Sr**, _____ (Title)

Preparer's phone number: **618-580-3464**

*Page 1 of 6*

Revised: 04/16/2009 (updated 08/26/2015)

Operating report for Strebor Specialties LLC for the month of July 2021

This months activity consisted of 3 checks being written

#4334- Secretary of State for LLC renewal for Illinois

#4335- Secretary of State for Notice of Change for address and representative

#4336- IL Dept. of Employment Security. Balance to close account

339

Strebor Specialties LLC
PO Box 62
Dupo IL 62239-0062

# Bank Statement

**Primary Account Number:** [redacted]7636

*If you have questions about your statement, please call us at 800-453-BANK.*

**Statement Date:** July 30, 2021
**Page Number:** 1 of 3

**FOR YOUR INFORMATION**

As a small business owner, every dollar you save contributes to your bottom line. That's where Commerce Bank can help. Whether you are looking for a rewards credit card or simply an alternative to petty cash funds, we likely have a solution for you. Call us or visit a branch today to speak with our team of specialists to learn more about how our products can help you reduce time spent managing your budget, giving you more time to focus on your business. Find the branch information near you by visiting www.commerecebank.com/locations.

**SMALL BUSINESS OPTIONS** Account # [redacted]7636

**Account Summary** Account # [redacted]7636

| | |
|---|---|
| Beginning Balance on June 30, 2021 | $ 206,691.65 |
| Withdrawals & Other Debits | - 5.00 |
| Checks Paid | - 216.34 |
| Ending Balance on July 30, 2021 | **$ 206,470.31** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

### Service Charge Summary   Account # 1⬛7636

| | |
|---|---:|
| **Monthly Service Charge** | $0.00 |
| **Transaction Counts** | |
|    Debits | 3 |
|    Credits | 0 |
|    Deposited Items | 0 |
|    **Total Transactions** | 3 |
|    Free Transactions | 300 |
|    **Billable Transactions**[1] | 0 |
|    **Transaction Service Charge**[2] | $0.00 |
| **Cash Units**[1] | |
|    **Total Cash Units** | 0 |
|    Free Cash Units | 200 |
|    **Billable Cash Units** | 0 |
|    **Cash Unit Service Charge** | $0.00 |
| **Total Service Charge**[3] | $0.00 |

1 Refer to the Small Business Fee Schedule for specific per transaction and cash unit costs.
2 You may receive charges on this statement for items not included in the above counts (statement fees, ATM fees, Online Banking fees, International ACH fees, etc.).
3 If you do not have sufficient funds in your account to cover the Total Service Charge, any outstanding fees will be deducted in the next billing cycle.

### Daily Balance Summary   Account # ⬛ 7636

| Date | Balance | Date | Balance |
|---|---|---|---|
| 07-19 | 206,591.65 | 07-30 | 206,470.31 |

### Withdrawals & Other Debits   Account # 162667636

| Description | Date Paid | Amount |
|---|---|---:|
| Statement Fee | 07-30 | 5.00 |
| **Total Withdrawals & Other Debits** | | **$5.00** |

### Checks Paid   Account # 162667636

| Date Paid | Check Number | Amount | Reference Number | Date Paid | Check Number | Amount | Reference Number |
|---|---|---|---|---|---|---|---|
| 07-19 | 4334 *LLC fee Sec of State* | 75.00 | 540766823 | 07-30 | 4335* *IL Dept. of Employment Security* | 116.34 | 540420199 |
| 07-19 | 4335 *Change of Reg. Sec of State* | 25.00 | 540766824 | | | | |

\* - Indicates a skip in sequential check numbers.

| | |
|---|---:|
| **Total Checks Paid** | $216.34 |

**Commerce Bank**
Member FDIC

Strebor Specialties LLC

**Primary Account Number:** ▇▇▇▇7636
**Statement Date:** July 30, 2021
**Page Number:** 3 of 3

|  | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees............................................................................. | $0.00 | $0.00 |
| Total Returned Items Fees..................................................................... | $0.00 | $0.00 |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204



Strebor Specialties LLC
Debtor IN Possession
108 Coulter Rd
Dupo IL  62239

# Bank Statement

| | | |
|---|---|---|
| *If you have questions about your statement, please call us at 800-453-BANK.* | **Primary Account Number:** | 52295 |
| | **Statement Date:** | July 30, 2021 |
| | **Page Number:** | 1 of 3 |

### FOR YOUR INFORMATION

As a small business owner, every dollar you save contributes to your bottom line. That's where Commerce Bank can help. Whether you are looking for a rewards credit card or simply an alternative to petty cash funds, we likely have a solution for you. Call us or visit a branch today to speak with our team of specialists to learn more about how our products can help you reduce time spent managing your budget, giving you more time to focus on your business. Find the branch information near you by visiting www.commerecebank.com/locations.

**myBusiness Select Checking**  Account # 2295

**Account Summary**  Account # 2295

| | |
|---|---:|
| Beginning Balance on  June 30, 2021 | $ 2,940.95 |
| Withdrawals & Other Debits | - 5.00 |
| Ending Balance on July 30, 2021 | $ 2,935.95 |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid.  For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized.  Deposits and other credits should be listed as of the date they were credited.

Page Number: 2 of 3

### Service Charge Summary   Account # ▆▆▆▆2295

| | |
|---|---:|
| **Monthly Service Charge** | $0.00 |
| **Transaction Counts** | |
|     Debits | 0 |
|     Credits | 0 |
|     Deposited Items | 0 |
|     **Total Transactions** | 0 |
|     Free Transactions | 150 |
|     **Billable Transactions**[1] | 0 |
|     **Transaction Service Charge**[2] | $0.00 |
| **Cash Units**[1] | |
|     **Total Cash Units** | 0 |
|     Free Cash Units | 100 |
|     **Billable Cash Units** | 0 |
|     **Cash Unit Service Charge** | $0.00 |
| **Total Service Charge**[3] | $0.00 |

1 Refer to the Small Business Fee Schedule for specific per transaction and cash unit costs.
2 You may receive charges on this statement for items not included in the above counts (statement fees, ATM fees, Online Banking fees, International ACH fees, etc.).
3 If you do not have sufficient funds in your account to cover the Total Service Charge, any outstanding fees will be deducted in the next billing cycle.

### Daily Balance Summary   Account # ▆▆▆▆2295

| Date | Balance |
|---|---|
| 07-30 | 2,935.95 |

### Withdrawals & Other Debits   Account # ▆▆▆▆2295

| Description | Date Paid | Amount |
|---|---|---:|
| Service Charge | 07-30 | 5.00 |
| **Total Withdrawals & Other Debits** | | **$5.00** |

| | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees.................................................. | $0.00 | $0.00 |
| Total Returned Items Fees......................................... | $0.00 | $0.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1)  Tell us your name and account number.
2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204